IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK ANTHONY SOMAR,

    Petitioner,

v.                              CASE NO. 4:11cv433-SPM/WCS

ERIC H. HOLDER, et al.,

    Respondents.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated November 30, 2011 (doc. 16). Copies were sent to Petitioner at the Wakulla County Jail and to his forwarding address in Queens, NY, but no objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2. The petition for writ of habeas corpus is dismissed as moot.

DONE AND ORDERED this 3rd day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge